JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE HERNANDEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>MMR GROUP, INC., a Louisiana corporation; MMR CONSTRUCTORS, INC., a Louisiana corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 5:20-cv-01608 SVW (KKx)<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: June 15, 2020<br>Case Removed: August 10, 2020<br>Trial Date: None Set |

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: October 16, 2020

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE